UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL R. KOZLOW | * | CIVIL ACTION NO. 12-cv-02829 |
| | * | |
| VERSUS | * | JUDGE NANNETTE JOLIVETTE BROWN |
| | * | |
| MADCON CORPORATION | * | MAGISTRATE ALMA L. CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SETTLEMENT

The defendant, MADCON Corporation, hereby notifies this Court that the parties have reached a settlement in this case. The necessary paperwork shall be executed by the parties, and the Joint Motion to Dismiss will be promptly filed with the Court upon receipt. The undersigned counsel hereby requests that the jury trial beginning February 24, 2014, and the Pretrial Conference of February 6, 2014, and all matters before this Court be removed from the Court's docket.

Respectfully submitted,

*/s/ Frederick W. Swaim III*
JASON P. WAGUESPACK (#21123)
FREDERICK W. SWAIM, III (#28242)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Telecopier: (504) 525-2456
Counsel for MADCON Corporation

## CERTIFICATE OF SERVICE

I do hereby certify that on September 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Frederick W. Swaim III*
FREDERICK W. SWAIM III